**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

-v-  **CASE NO. 6:09-CR-255-ORL-35KRS**

**CLEVELYNN M. REED**
_____/

**ORDER**

This case having been considered by the Court on the Report and Recommendation Concerning Plea of Guilty (Doc. No. 22, filed January 26, 2010) and no objection thereto having been filed, it is **ORDERED**:

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 22) is **ACCEPTED, AFFIRMED AND ADOPTED**.

2. Defendant **Clevelynn M. Reed** has entered a plea of guilty to Counts One, Two and Three of the Indictment knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Counts One, Two and Three of the Indictment.

**DONE AND ORDERED** in Orlando, Florida, this 17th day of February 2010.

Copies to:
Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE